No. 03–7365.  WILLIAMS *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 03–7372.  MONZON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–7377.  MENDEZ-LOPEZ *v.* UNITED STATES.  C. A. 10th
Cir.  Certiorari denied.

No. 03–7381.  LYKES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–7384.  MITCHELL *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 03–7387.  SANCHEZ *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 03–7389.  RORIE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7390.  RUBIO-HERNANDEZ *v.* UNITED STATES.  C. A.
5th Cir.  Certiorari denied.

No. 03–7395.  MURPHY *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 03–7403.  CHEN KEUNG, AKA LAU HE *v.* UNITED STATES.
C. A. 2d Cir.  Certiorari denied.

No. 03–7405.  KELLEY *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 03–7408.  AHERN *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 03–7410.  REED *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–7412.  PUZEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7417.  ROWLAND *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 03–7419.  RICH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.